No. 10-5937. James Louis Guyton, Jr., as Executor of the Estate of James Louis Guyton, Petitioner v. United States.

562 U.S. 1045, 131 S. Ct. 598, 178 L. Ed. 2d 437, 2010 U.S. LEXIS 9001.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 372 Fed. Appx. 5.